IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re EVERETT,                       No. C 14-3873 CW

    Appellant.                 ORDER DISMISSING APPEAL FOR FAILURE TO FILE OPENING BRIEF

_____/

    On August 25, 2014, Appellant Daniel Everett filed an appeal from a judgment of the U.S. Bankruptcy Court of the Northern District of California on the grounds that Creditor Paul Boschetti and the San Francisco County Superior Court of California violated the automatic stay triggered by his Chapter 7 bankruptcy petition.

    On August 26, 2014, the Court issued an order stating that,

> Upon the completion of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.  Pursuant to Fed. R. Bankr. P. 8010 and BLR 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 28 days after the record on appeal has been entered on the District Court docket.

Docket No. 2.

    Perfection of the record occurred on November 26, 2014 (see Docket No. 5).  Thus, Appellant was required to file a brief in support of his appeal by December 29, 2014.  As of the date of this order, Appellant has not filed a brief.  Accordingly, the Court DISMISSES this appeal with prejudice.

    IT IS SO ORDERED.

Dated: January 13, 2015             _____
                                       CLAUDIA WILKEN
                                       United States District Judge