IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EVERETT,<br><br>    Appellant.<br>_____/ | No. C 14-3873 CW<br><br>ORDER VACATING PREVIOUS ORDER AND SETTING BRIEFING SCHEDULE |

On January 13, 2015, the Court dismissed this case for failure of Appellant Daniel Everett to perfect his appeal from the U.S. Bankruptcy Court of the Northern District of California. The Court has since been advised that Appellant did not receive notice that the record on appeal had been perfected and docketed, and hence was unaware of the briefing schedule.

Accordingly, the Court vacates its previous order dismissing the case with prejudice. The parties are advised of the following briefing schedule: Appellant shall serve and file his brief, not exceeding twenty-five pages in length, no later than twenty-eight days after receipt of this order. Appellee shall serve and file a reply, not exceeding twenty-five pages in length, within twenty-eight days after service of Appellant's brief. If he wishes to do so, Appellant may serve and file a reply brief, not exceeding twenty-five pages in length, within fourteen days after service of Appellee's brief.

The Clerk of the Court shall provide Appellant with a copy of this order.

IT IS SO ORDERED.

Dated: January 22, 2015

                    CLAUDIA WILKEN
                    United States District Judge