IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DANIEL EVERETT, <br><br>   Appellant. <br> _____/ | No. C 14-3873 CW <br><br> ORDER TO FILE OPENING BRIEF |

On August 7, 2014, Appellant Daniel Everett filed an appeal from a judgment of the U.S. Bankruptcy Court of the Northern District of California (Bk. Ct. No. 13-32111) on the grounds that Creditor Paul Boschetti and the San Francisco County Superior Court of California violated the automatic stay triggered by his Chapter 7 bankruptcy petition.  On August 25, 2014, Appellee Paul Boschetti elected to have the appeal heard in this Court.

On January 13, 2015, the Court issued an order dismissing the appeal for failure to file an opening brief as required pursuant to Federal Rule of Bankruptcy Procedure 8010 and Bankruptcy Local Rule 8010-1.  On January 22, 2015, the Court vacated that order after being advised that Appellant had not received notice that the record had been perfected.

On February 25, 2015, the Clerk of the Court filed a notice that the record on appeal had been perfected, and instructed Appellant to serve and file a brief of no more than twenty-five pages in length by March 27, 2015.  As of the date of this order, Appellant has not done so.

Because Appellant is <u>pro se</u>, the Court will give Appellant one last opportunity to file his opening brief.  Appellant must serve and file an opening brief not exceeding twenty-five pages in length within four days of the receipt of this order, and no later

1  than April 7, 2015.  Appellant is advised that, if he does not
2  file an opening brief, the Court will dismiss the appeal with
3  prejudice.
4       The Clerk of the Court shall provide Appellant with a copy of
5  this order.
6       IT IS SO ORDERED.

8  Dated: March 30, 2015                    _____
                                            CLAUDIA WILKEN
9                                           United States District Judge

2