IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re EVERETT,

    Appellant.

_____/

No. C 14-3873 CW

ORDER TO FILE APPELLEE'S BRIEF OF NO MORE THAN TWENTY-FIVE PAGES

    On January 22, 2015, the Court set a briefing schedule in this bankruptcy appeal and ordered Appellant Daniel Everett to file his opening brief, of no more than twenty-five pages, within twenty-eight days of the date he received the order.  Likewise, Appellee Paul Boschetti was ordered to file a brief, also of no more than twenty-five pages, within twenty-eight days after service of Appellant's brief.  Appellant was granted the opportunity to file a brief responding to Appellee's brief, not to exceed twenty-five pages, within fourteen days after receiving it.

    After Appellant missed the deadline to file his opening brief, on March 31, 2015, the Court ordered him to file his opening brief, of no more than twenty-five pages, within four days of receipt of the order, and no later than April 7, 2015.  In accordance with the Court's instructions, Appellant filed an opening brief of twenty-five pages on April 7, 2015.

    On April 30, 2015, the Court granted Appellee an extension of time to file his brief to June 1, 2015.  The Court did not alter any of its instructions other than to change the date upon which the brief was due.  Appellee filed a brief on June 1, 2015, but it was in excess of forty pages.  He did not file a motion to exceed the page limitations set by the Court.

Accordingly, the Court will not consider Appellee's brief. Appellee is ordered to file a corrected brief of no more than twenty-five pages within seven days of the date of this order. Appellant, if he wishes to do so, may file a reply brief, not to exceed twenty-five pages, within fourteen days after receipt of Appellee's brief.

IT IS SO ORDERED.

Dated: 06/23/2015

CLAUDIA WILKEN
United States District Judge

2